IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC EISWERT | * | |
|     Plaintiff | * | |
| v. | * | Case no |
| DAZHON DARIEN, et al | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF REMOVAL</u>**

Defendants Board of Education of Baltimore County ("BOE"), Myriam Rogers, Bobette Watts-Hitchcock, and Homer McCall (collectively the "Removing Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and Local Rule 103.5, files this Notice of Removal and hereby removes this entire civil action filed in the Circuit Court for Baltimore County, Maryland, Case No. C-03-CV-25-000539, to the United States District Court for the District of Maryland, Northern Division. This Court has jurisdiction based on federal question under 28 U.S.C. § 1331. In support of this Notice of Removal, the Removing Defendants state as follows:

**I.      Background**

1.      On or about January 7, 2025, Plaintiff filed the attached Complaint against numerous Defendants in the Circuit Court for Baltimore County, Maryland, Case No. C-03-CV-25-000053 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a), copies of all process, pleadings, and orders served on the Removing Defendants to date are attached, which only included the applicable Writs of Summons, Case Information Sheet, Complaint, and written discovery.

2. The Complaint is based on alleged events related to Plaintiff. In the Complaint, Plaintiffs asserts the following causes of action against Defendants: I – 42 U.S.C.A § 1983 against Defendant Darien; II – 42 U.S.C.A § 1983 against Defendants Waddell and Ravenell; III – Negligent Hiring, Retention, and/or Supervision against the Defendant BOE; IV- Negligent Supervision against the Defendant BOE; V – 42 U.S.C.A § 1983 against Defendants McCall, Watts-Hitchcock, and Rogers; VI – 42 U.S.C.A § 1983 *Monell* Claim against the Defendant BOE; VII – Defamation/Slander and Libel against Defendants Darien, Ravenell, and Wadell; VIII – Defamation/Slander and Libel against the Defendant BOE as Respondeat Superior to Defendants Darien, Ravenell, and Waddell.

## II.    Federal Question Jurisdiction Exists

3. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2010). This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Plaintiff's civil action, in part, arises under and presents substantial questions of federal law. More specifically, Plaintiff alleges claims under 42 U.S.C.A § 1983 for violation of his rights under the United States Constitution.

4. Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). A federal question appears on the face of Plaintiff's Complaint, and these claims "arise under" federal law.

5. Further, to the extent the Complaint alleges statutory, state common law, or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C.

§ 1367 because those claims arise out of the same operative facts as Plaintiff's claims under federal law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a) (2010).

6. Thus, because some of Plaintiff's claims arise under the laws of the United States, removal of this entire cause of action is appropriate under 28 U.S.C. § 1441(a)-(c).

### III. Removal to this District is Proper and Timely

7. 28 U.S.C. § 1441(a) provides, in pertinent part, as follows:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

8. Venue is appropriate in this Court, and the Defendants seek to remove this case to the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. § 1441(a). The Circuit Court for Baltimore County, Maryland is located within this District and Division and cases arising in the Circuit Court of Baltimore County, Maryland are properly assigned to this Court. *See* 28 U.S.C. § 100(1).

9. This removal is filed on behalf of the Removing Defendants.

10. Written notice of the filing of this Notice of Removal will be served upon the Plaintiff and the unserved Defendants.

11. In accordance with 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal (without exhibits) is being filed contemporaneously with the Clerk of the Circuit Court for Baltimore County, Maryland and served upon all attorneys/parties of record.

12. This Notice of Removal is timely filed within thirty (30) days of service on the Removing Defendants pursuant to 28 U.S.C. § 1446. The Removing Defendants received

purported service of process of the Complaint and summons via accepted service on January 24, 2025.  The thirty-day period from service for the Defendants ends on November 28, 2020.

13. At the time of this removal, upon information and belief, none of the other defendants have been served.

14. In filing this Notice of Removal, the Removing Defendants do not waive, and specifically reserve any and all objections as to service of process, personal jurisdiction, defenses, exceptions, rights, and motions.  No statement herein or omission shall be deemed to constitute an admission by Removing Defendants of any of the allegations of, or damages sought in, the Complaint.

WHEREFORE, Removing Defendants respectfully and request the entire above-captioned action now pending in the Circuit Court for Baltimore County, Maryland, be removed to the United States District Court for the District of Maryland in its Northern Division, and that said United States District Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted,

  /s/  Cullen B. Casey
Cullen B. Casey  (USDC Bar #28577)
Anderson, Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, Maryland  21202
(T) 410-752-1630;  (F) 410-752-0085
casey@acklaw.com
*Attorney for Removing Defendants*

## Certificate of Service

I HEREBY CERTIFY that on this 24th day of January, 2025 a copy of Defendants Removal was efiled, and eserved, emailed and/or mailed to:

Brian M. Cathell, Esquire
Matthew B. Thompson, Esquire
Wais Vogelstein Forman Koch & Norman, LLC
1829 Reisterstown Road, Suite 425
Baltimore, MD  21208
brian@malpracticeteam.com
matt@malpracticeteam.com
*Attorneys for Plaintiff Eric Eiswert*

Nicholas C. Bonadio, Esquire
Keilty Bonadio
One South Street, Suite 2125
Baltimore, MD  21202
nbonadio@kblitigation.com
*Attorneys for Plaintiff Eric Eiswert*


   /s/  Cullen B. Casey
Cullen B. Casey  (USDC Bar #28577)