IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC EISWERT | * | |
| Plaintiff | * | |
| v. | * | Case no.:  1:25-cv-00226-RDB |
| DAZHON DARIEN, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DISCLOSURE OF CORPORATE INTEREST (Local Rule 103.3)</u>**

Undersigned counsel, on behalf of the Board of Education of Baltimore County, certifies that there exists no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public. The only known corporation, unincorporated association, partnership, or other business entity which is not a party to this smatter and may have a financial interest in the outcome of this litigation is the Maryland Association of Boards of Education Group Insurance Pool.

 /s/  Cullen B. Casey
Cullen B. Casey (Bar No.: 28577)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
(T) 410-752-1630/  (F) 410-752-0085
casey@acklaw.com
*Attorneys for Defendants Board of Education of Baltimore County, Homer McCall, Bobette Watts-Hitchcock, and Myriam Rogers*

<u>Certificate of Service</u>

I HEREBY CERTIFY that on this 24th day of January, 2025 a copy of Defendants' Local Rule 103.3 Disclosures was efiled, eserved and/or mailed to all parties or counsel of record.

          /s/ Cullen B. Casey
      Cullen B. Casey (Bar No.: 28577)

4930-0215-4258, v. 1