IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC EISWERT | * | |
|    Plaintiff | * | |
| v. | * | Civil Action No.: 1:25-cv-00226-RDB |
| DAZHON DARIEN, ET AL. | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

Adam E. Konstas
Federal Bar No. 18957
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
**ATTORNEY FOR DEFENDANT SHAENA RAVENELL**

# TABLE OF CONTENTS

**I.   FACTUAL AND PROCEDURAL BACKGROUND** ............................................. 1

**II.  STANDARD OF REVIEW** ................................................................................. 3

**III. ARGUMENT** ........................................................................................................ 3

    A. Plaintiff Fails to State a Viable Section 1983 Claim Against Ravenell in Count II ............................................................................................................... 3

        1. To the Extent Count II is Asserted Against Ravenell in her Official Capacity, it is Subject to Dismissal ................................................................... 3

        2. Plaintiff's Section 1983 Claim Against Ravenell Must Be Dismissed Because He Failed to Allege that He Suffered a Constitutional Injury ........................... 4

        3. Ravenell is Entitled to Qualified Immunity ....................................................... 8

        4. Plaintiff's Section 1983 Claim Is Subject to Dismissal as to Ravenell in her Individual Capacity .......................................................................................... 10

    B. Plaintiff's Defamation/Slander and Libel Claim in Count VII is Subject to Dismissal ............................................................................................................ 11

    C. Plaintiff's Claim for False Light/Invasion of Privacy in Count IX is Subject to Dismissal ............................................................................................................ 14

    D. Plaintiff's Gross Negligence Claim in Count XI is Subject to Dismissal ............. 15

    E. Incorporation of Arguments ................................................................................. 17

**IV. CONCLUSION** .................................................................................................. 17