IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC EISWERT, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-25-226 |
| DAZHON DARIEN, ZOE WADDELL, SHAENA RAVENELL, HOMER McCALL, BOBETTE WATTS-HITCHCOCK, MYRIAM ROGERS, BOARD OF EDUCATION OF BALTIMORE COUNTY, d/b/a BALTIMORE COUNTY PUBLIC SCHOOLS | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Among the pending motions in this case is the Motion to Dismiss the Original Complaint filed by Defendants Board of Education of Baltimore County, Homer McCall, Myriam Rogers, and Bobette Watts-Hitchcock. (ECF No. 14.) That Motion is now MOOT in light of the Amended Complaint (ECF No. 25) filed against all Defendants, which is now subject to Motions to Dismiss filed by all Defendants, (ECF Nos. 32, 38, 39). Accordingly, it is hereby ORDERED this 18th day of September 2025 that the previously filed Motion to Dismiss (ECF No. 14) is DENIED WITHOUT PREJUDICE and is now MOOT.

/s/ _____
Richard D. Bennett
United States Senior District Judge