**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(*Northern Division*)

| | |
|---|---|
| ERIC EISWERT | * |
| Plaintiff | * |
| v. | * |
| | Civil Action No.:1:25-cv-00226-RDB |
| DAZHON DARIEN, et al. | * |
| Defendants. | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

<u>**ENTRY OF APPEARANCE**</u>

Clerk,

Please enter the appearance of Andrew Siske as additional counsel of record for Plaintiff, Eric Eiswert.

Brian Cathell, Matthew Thompson and Nicholas Bonadio will remain as counsel of record for Plaintiff.

Wais, Vogelstein, Forman, Koch & Norman, LLC

/s/ Brian M. Cathell
Brian M. Cathell, Esq. (Bar No.: 19303)
Brian@malpracticeteam.com

/s/ Andrew Siske
Andrew Siske, Esq. (Bar No.: 31428)
andrew@malpracticeteam.com
1829 Reisterstown Road, Suite 425
Baltimore, Maryland 21208
(410) 998-3600
***Attorneys for Plaintiff Eric Eiswert***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October 2025 a copy of Plaintiff's Entry of

Appearance was e-filed and e-served to:

| | |
|---|---|
| Cullen Casey, Esquire<br>Anderson, Coe & King, LLP<br>Seven Saint Paul Street, Suite 1600<br>Baltimore, Maryland 21202<br>casey@acklaw.com<br>***Attorneys for Defendants Board of Education of Baltimore County, Homer McCall, Bobette Watts-Hitchcock, and Myriam Rogers*** | Jason P. Beaulieu, Esquire<br>Timmerman, Beaulieu & Hinkle, LC<br>215 Washington Avenue, Suite 402<br>Towson, Maryland 21204<br>jpb@tbhelaw.com<br>***Attorney for Defendant Zoe Waddell*** |
| Adam E. Konstas, Esquire<br>Pessin Katz Law, PA<br>901 Dulaney Valley Road, Suite 500<br>Towson, Maryland 21204<br>akonstas@pklaw.com<br>***Attorney for Defendant Shaena Ravenell*** | Dazhon Darien<br>132 S. Newkirk Street<br>Baltimore, Maryland 21224<br>***Defendant*** |

/s/ Brian M. Cathell
Brian M. Cathell, Esq. (Bar No.: 19303)