IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC EISWERT | * | |
| Plaintiff | * | |
| v. | * | Case no.: 1:25-cv-00226-RDB |
| DAZHON DARIEN, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATUS REPORT**

The parties, by their undersigned counsel, write to inform the Court that they are working to finalize the resolution of this matter and anticipate filing a dismissal within thirty (30) days.

| | |
|---|---|
| /s/ Cullen B. Casey | /s/ Brian M. Cathell |
| Cullen B. Casey (Bar No.: 28577) | Brian M. Cathell (Fed Bar No. 19303) |
| Anderson, Coe & King, LLP | Matthew B. Thompson (Fed Bar no. 20552) |
| Seven Saint Paul Street, Suite 1600 | Zachary S. Greenbaum (Fed Bar no. 30587) |
| Baltimore, MD 21202 | Wais Vogelstein Forman Koch & Norman, LLC |
| Casey Direct: 443-573-93011 | 1829 Reisterstown Road, Suite 425 |
| VanGeison Direct: 443-573-9306 | Baltimore, MD 21208 |
| (F) 410-752-0085 | (T) 410-998-3600 |
| casey@acklaw.com | brian@malpracticeteam.com |
| *Attorneys for Defendants Board of Education of Baltimore County, Homer McCall, Bobette Watts-Hitchcock, and Myriam Rogers* | matt@malpracticeteam.com |
| | zach@malpracticeteam.com |
| | *Attorneys for Plaintiff Eric Eiswert* |
| /s/ Jason P. Beaulieu | /s/ Adam E. Konstas |
| Jason P. Beaulieu, Esquire | Adam E. Konstas, Esquire |
| Timmerman, Beaulieu & Hinkle, LC | Pessin Katz Law, PA |
| 215 Washington Avenue, Suite 402 | 901 Dulaney Valley Road, Suite 500 |
| Towson, MD 21204 | Towson, MD 21204 |
| jpb@tbhelaw.com | akonstas@pklaw.com |
| *Attorney for Defendant Zoe Waddell* | *Attorney for Defendant Shaena Ravenell* |

<u>Certificate of Service</u>

      I HEREBY CERTIFY that on this 24th day of November, 2025 a copy of Status Report was efiled, eserved and/or mailed to:

| | |
|---|---|
| Brian M. Cathell, Esquire<br>Matthew B. Thompson, Esquire<br>Zachary S. Greenbaum, Esquire<br>Wais Vogelstein Forman Koch & Norman, LLC<br>1829 Reisterstown Road, Suite 425<br>Baltimore, MD  21208<br>brian@malpracticeteam.com<br>matt@malpracticeteam.com<br>zach@malpracticeteam.com<br>*Attorneys for Plaintiff Eric Eiswert* | Nicholas C. Bonadio, Esquire<br>Keilty Bonadio<br>One South Street, Suite 2125<br>Baltimore, MD  21202<br>nbonadio@kblitigation.com<br>*Attorneys for Plaintiff Eric Eiswert* |
| Jason P. Beaulieu, Esquire<br>Timmerman, Beaulieu & Hinkle, LC<br>215 Washington Avenue, Suite 402<br>Towson, MD  21204<br>jpb@tbhelaw.com<br>*Attorney for Defendant Zoe Waddell* | Adam E. Konstas, Esquire<br>Pessin Katz Law, PA<br>901 Dulaney Valley Road, Suite 500<br>Towson, MD  21204<br>akonstas@pklaw.com<br>*Attorney for Defendant Shaena Ravenell* |
| Dazhon Darien<br>132 S. Newkirk Street<br>Baltimore, MD  21224<br>*Defendant* | |

 

         /s/  Cullen B. Casey
         Cullen B. Casey (Bar No.: 28577)