IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC EISWERT | * | |
|     Plaintiff | * | |
| v. | * | Case no.:  1:25-cv-00226-RDB |
| DAZHON DARIEN, et al | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL OF REMAINING DEFENDANTS

The parties, by their undersigned counsel, stipulate to the dismissal of the claims against all remaining Defendants, with prejudice.

  /s/  Cullen B. Casey
Cullen B. Casey (Bar No.: 28577)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
Casey Direct:  443-573-93011
(F) 410-752-0085
casey@acklaw.com
*Attorneys for Defendants Board of Education of Baltimore County, Homer McCall, Bobette Watts-Hitchcock, and Myriam Rogers*

  /s/ Brian M. Cathell
Brian M. Cathell  (Fed Bar No. 19303)
Matthew B. Thompson  (Fed Bar no. 20552)
Zachary S. Greenbaum  (Fed Bar no. 30587)
Wais Vogelstein Forman Koch & Norman, LLC
1829 Reisterstown Road, Suite 425
Baltimore, MD  21208
(T) 410-998-3600
brian@malpracticeteam.com
matt@malpracticeteam.com
zach@malpracticeteam.com
*Attorneys for Plaintiff Eric Eiswert*

  /s/  Jason P. Beaulieu
Jason P. Beaulieu, Esquire
Timmerman, Beaulieu & Hinkle, LC
215 Washington Avenue, Suite 402
Towson, MD  21204
jpb@tbhelaw.com
*Attorney for Defendant Zoe Waddell*

  /s/  Adam E. Konstas
Adam E. Konstas, Fed. Bar No. 18957
Pessin Katz Law, PA
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
akonstas@pklaw.com
*Attorney for Defendant Shaena Ravenell*

**APPROVED: 12/18/2025         /s/ -       Richard D. Bennett**
                                                            **U.S. Senior District Judge**